935 A.2d 1267

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Nathan A. ETCHISON, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 26, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether sub-section (d)(1) of the D.U.I. statute (75 Pa.C.S. § 3802) is unconstitutionally overbroad and thus violative of the right to due process?